UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/10

FIRST HORIZON HOME LOANS, A DIVISION
OF FIRST TENNESSE BANK NATIONAL
ASSOCIATION

                     Plaintiff,

v.

MAN YI CINDY NG, et al.,

                     Defendants.

09 Civ. 7274 (RO)

## ORDER

OWEN, District Judge:

    The Court concurs with the Report and Recommendation of Magistrate Judge Davison, dated April 12, 2010, and hereby adopts it as the Order of this Court. Plaintiff's Motion to Remand is GRANTED and Plaintiff's Motion for Fees and Costs is DENIED.

SO ORDERED.

October 26, 2010

                                                 RICHARD OWEN
                                                 UNITED STATES DISTRICT JUDGE